Per Curiam.
 

 We consider this
 
 matter on
 
 the principles which govern the action of indebitatus assumpsit generally. The plaintiff recovers what in equity and good conscience he is entitled to and no more. Our act of assembly, like the British statute, enables the plaintiff to show the sum agreed on for rent as the measure of damages, but the tenant may be let in to show that he had no beneficial enjoyment of the premises, through the default of the landlord.
 
 (Edwards
 
 vs.
 
 Etherington, Ry.
 
 &
 
 Moody
 
 268.) So in this case we will allow the defendant to prove the landlord’s agreement to repair the , shed; and that the defendant was deprived of the use of it for want of such repair.